UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                  :

           -v-                            :         25-cr-345 (LJL)

STORM JONES,                              :
MICHAEL ORTIZ,
RANDY MACCOW,                             :
MARIO MEDINA,
JAYSON HOLLAND, and                       :
FRANCIS OFORI,

                                          :         **ORDER**
                   Defendants.
-------------------------------------------------------X

Lewis J. Liman, U.S. District Court Judge:

     Upon the application of defendants, Storm Jones, Michael Ortiz, Randy Maccow, Mario Medina, Jayson Holland and Francis Ofori, through their Counsel who have been appointed to represent the defendants under the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA"), and for good cause having been shown:

**IT IS HEREBY ORDERED THAT** that the request for CJA funds to purchase laptops and any subsequent external drives that may be required to provide the defendants with access to the discovery (collectively, the "Electronic Devices") for purposes of defendants' discovery review is GRANTED.

**IT IS FURTHER ORDERED THAT** that Counsel shall provide the Electronic Devices to Dave Damo of Data Mill, to disable the wireless and printing capabilities of the Electronic Device and disable any other applications on the Electronic Devices in a manner acceptable to the facilities in which the defendants are lodged. Mr. Damo will send the disabled Electronic Devices to the Government to inspect to ensure that the Electronic Devices are disabled of applications as required by the facilities in which the defendants are detained. The Government will load the discovery onto the Electronic Devices, except the Government will not load certain discovery which falls under the parties' protective order. The Government will forward the loaded Electronic Devices to the appropriate liaison officer at the detention facilities where the defendants are detained. Password protection will be loaded onto the Electronic Devices to prevent any user from making changes to the Electronic Devices.

**IT IS FURTHER ORDERED** that the defendants may not use the Electronic Devices for any purpose other than reviewing discovery materials produced in this case, for communicating with CJA counsel, and for other communications relating to the defense in this case.

**IT IS FURTHER ORDERED** that no later than the conclusion of the proceedings against the defendants in the district court, whether through dismissal of the charges or sentencing, each defendant shall return the Electronic Device to his Counsel, who will promptly provide it to the Administrative Office of the U.S. Courts. If convicted, the defendants may not retain the laptop during any appeal.

Dated: New York, New York
        November 25 , 2025

_____
Hon Lewis J. Liman
District Judge, United States District Court
Southern District of New York