UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA,               :

                        :

        -v-                    :              25-CR-345 (LJL)

                        :

STORM JONES ET AL,              :              ORDER

                Defendants.     :

                        :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The defense is to respond to the Government's motion no later than December 16, 2025. The Bureau of Prisons is relieved of the obligation to provide laptop computers to the defendants themselves pending further order of the Court.


SO ORDERED.

Dated: December 10, 2025
      New York, New York                        _____
                                          LEWIS J. LIMAN
                             United States District Judge