UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,           :

                                       :

        -v-                          :                   25-CR-345 (LJL)

                                       :

STORM JONES ET AL,                :                 ORDER

                                       :

               Defendants.         :

                                       :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference on the motion for reconsideration on December 22, 2025, at 11:00AM. The conference will be held remotely by Microsoft Teams video conference and parties will be provided instructions to access the hearing via email. The Constitution does not require the presence of defendants themselves, but counsel are to confirm by 5:00PM on December 17, that they do not require defendants.

     SO ORDERED.

Dated: December 16, 2025
       New York, New York                            LEWIS J. LIMAN
                                         United States District Judge