UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,          :

                                     :

         -v-                       :                 25-CR-345 (LJL)

                                     :

STORM JONES ET AL,              :                   ORDER

                                     :

               Defendants.      :

                                     :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Having heard counsel, the Court reinstates its order signed on November 25, 2025 (and filed December 10, 2025), Dkt., No. 49, in full including the obligation on the Government to forward the loaded Electronic Devices to the appropriate liaison officer at the detention facilities where the defendants are detained and vacates so much of its order of December 10, 2025, Dkt. No. 50, that relieved the Government of its obligation to provide laptop computers to the defendants.

      SO ORDERED.

Dated:  December 22, 2025
        New York, New York                              LEWIS J. LIMAN
                                             United States District Judge