

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 9, 2026

**BY ECF**

REQUEST GRANTED as to all defendants.
The Status Conference previously set for January 13, 2026 is rescheduled to March 12, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of all defendants, excludes time from January 12, 2026 until March 12, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial.

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

1/12/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: *United States v. Storm Jones et al.*, 25 Cr. 345 (LJL)**

Dear Judge Liman:

The parties jointly write to request an approximately 60-day adjournment of the status conference that is scheduled in this matter for January 13, 2026. The Government is still awaiting a final decision from the Capital Case Section as to whether the case will be a capital one. Additionally, an adjournment would provide the defense additional time to continue reviewing discovery (including via the laptops that the Government is in the process of producing to the defendants). The parties have conferred and are available on March 18, March 19 (afternoon only), and March 20, if convenient for the Court.

If the adjournment request is granted, the Government respectfully requests that time under the Speedy Trial Act be excluded from January 13, 2026, through the date of the rescheduled conference. An adjournment would provide additional time for the defense to continue its review of discovery in this potentially capital case. *See* 18 U.S.C. § 3161(h)(7)(A). Each of the defendants consents to the exclusion of Speedy Trial Act time through the date of the rescheduled conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    __/s/_____
Michael R. Herman
Patrick R. Moroney
Assistant United States Attorneys
(212) 637-2221 / -2330

cc (by ECF):   All counsel of record