USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

MICHAEL ORTIZ,

Defendant.

---------------------------------------------------------------------X

25-cr-345 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The defense has moved for an opportunity to reply to the Government's opposition to its motions in limine. *See* Dkt. No. 110 at 9. The motion does not otherwise permit a reply. Both the Government and the defense have filed motions in limine. Dkt. Nos. 110, 113. The Court will permit each side to submit brief reply memoranda responding to new arguments raised in the opposition briefs of the other side by no later than November 23, 2026.

SO ORDERED.

Dated: November 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge